IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| JIMMY JACKSON, | ) |
| | ) |
| Plaintiff- Appellant, | ) |
| | ) CASE NO. 6:22-cv-22 |
| V. | ) |
| | ) Appeal No. 22-14256-D |
| AIMEE SMITH, | ) |
| | ) |
| Defendant - Appellee. | ) |

O R D E R

The appellant in the above-styled action having been dismissed for lack of jurisdiction by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Order of this Court.

SO ORDERED, this 22nd day of February, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA