IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| JIMMY JACKSON,<br><br>　　　　Petitioner,<br><br>v.<br><br>AIMEE SMITH,<br><br>　　　　Respondent. | CIVIL ACTION NO.: 6:22-cv-22 |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| JIMMY JACKSON,<br><br>　　　　Petitioner,<br><br>v.<br><br>WARDEN, AUGUSTA STATE MEDICAL PRISON,<br><br>　　　　Respondent. | CIVIL ACTION NO.: 6:22-cv-74 |

## ORDER

After independent and de novo reviews of the entire records, the undersigned concurs with the Magistrate Judge's Reports and Recommendations in the above-captioned cases. Doc. 23; Doc. 9.[1] Petitioner Jimmy Jackson ("Jackson") did not file Objections to either of the Reports and Recommendations. Accordingly, the Court **ADOPTS** the Magistrate Judge's Reports and

---

[1] The Court cites first the docket in Case Number 6:22-cv-22 and then to the docket in Case Number 6:22-cv-74.

Recommendations as the opinions of the Court. The Court **DISMISSES** Jackson's 28 U.S.C. § 2254 Petitions as untimely filed, **DIRECTS** the Clerk of Court to **CLOSE** these cases and enter the appropriate judgments of dismissal, and **DENIES** Jackson leave to proceed *in forma pauperis* on appeal in both above-captioned cases.

**SO ORDERED**, this 29th day of March, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA